IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS WARREN RAY, | § | |
| BK #11170, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3110 |
| | § | |
| DR. FAUST, *et al.*, | § | |
|     Defendants. | § | |

ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $350.00 filing fee.

Signed at Houston, Texas, this 7th day of November, 2006.

 

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE